UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARYL G. ROSHELL (#418339)

VERSUS                                              CIVIL ACTION

SGT. L. RUSS, ET AL                                 NUMBER 10-840-RET-SCR

### RULING

On January 4, 2011, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was ordered to either pay the filing fee or submit a pauper affidavit and a statement of account completed by an authorized officer certifying the amount of money in the plaintiff's inmate account and the monthly deposit and balance averages for the preceding six months.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to pay the filing fee or correct the deficiencies. Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 7, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA